IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONOVA USA INC.,<br><br>     Plaintiff,<br><br> v.<br><br>FUEL MEDICAL GROUP, LLC,<br><br>     Defendant. | Case No. 1:22-cv-7055<br><br>Formerly Case No. 2022MR000671<br>Circuit Court of DuPage County, Illinois |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**TO THE CLERK OF THE COURT:**

  **PLEASE TAKE NOTICE** that Defendant Fuel Medical Group, LLC ("Fuel Medical"), by its attorneys, hereby removes to this Court the state court action described below.

  1. On November 14, 2022, Plaintiff Sonova USA, Inc. ("Sonova") filed *Sonova USA Inc., v. Fuel Medical Group, LLC*, in the Circuit Court of DuPage County, Illinois. (*See* Exhibit A, Declaration of Anna Sortun ("Sortun Dec.") ¶ 2, Ex. 1.)

  2. Sonova filed its Complaint in response to a demand letter and draft complaint that Fuel Medical sent to Sonova on October 20, 2022, which asserted the following claims for relief: (1) Breach of Contract – Notice (Supply Agreement), (2) Breach of the Implied Covenant of Good Faith and Fair Dealing, (3) Fraud, (4) Breach of Contract – Confidentiality (Supply Agreement), (5) Breach of Contract (Non-Disclosure Agreement), (6) Trade Secret Misappropriation, and (7) Promissory Estoppel. (Sortun Dec. ¶ 3.)

  3. Sonova's Complaint seeks a declaratory judgment that Sonova did not engage in the conduct alleged by Fuel Medical in its demand letter and draft complaint.

  4. Counsel for Fuel Medical accepted service of Sonova's Complaint on November 28, 2022. (Sortun Dec. ¶ 4.)

## JURISDICTION

5. This Notice of Removal complies with the requirements of 28 U.S.C. § 1446(b).

6. This is a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1332. It may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b) and 1332 because it is a civil action with citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**A.  Complete Diversity of Citizenship Exists**

7. Complete diversity of citizenship exists in this case.

8. "Sonova is a Minnesota corporation with its principal place of business located in Aurora, Illinois." (Sortun Dec. ¶ 2, Ex. 1 at 3.) For purposes of diversity jurisdiction, the citizenship of a corporation is determined by its place of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c). Sonova is thus a citizen of both Minnesota and Illinois.

9. "Fuel [Medical] is a Washington limited liability company, with its principal place of business in Camas, Washington." (Sortun Dec. ¶ 2, Ex. 1 at 3.) For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of the company's members. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). No individual member of Fuel Medical resides in Minnesota or Illinois, and no corporate member of Fuel Medical is organized or has its principal place of business in Minnesota or Illinois (Sortun Dec. ¶ 5); therefore, complete diversity exists between the parties and the case is properly removed to federal court.

**B.  The Amount in Controversy Exceeds $75,000**

10. Through its Complaint for a declaratory judgment, Sonova is seeking relief from Fuel Medical's aforementioned alleged claims, which carry at least the following damage amounts:

| No. | Claim for Relief | Damages |
|---|---|---|
| 1 | Breach of Contract – Notice (Supply Agreement) | $14.7 million |
| 2 | Breach of the Implied Covenant of Good Faith and Fair Dealing | $14.7 million |
| 3 | Fraud | $14.7 million + punitives |
| 4 | Breach of Contract – Confidentiality (Supply Agreement) | $14.7 million + unjust enrichment |
| 5 | Breach of Contract (Non-Disclosure Agreement) | $2.4 million + unjust enrichment |
| 6 | Trade Secret Misappropriation | $14.7 million + unjust enrichment |
| 7 | Promissory Estoppel | $119.2 million |

(Sortun Dec. ¶ 3.)

11. Because the amount in controversy in this dispute exceeds $75,000, federal court jurisdiction is proper.

**C.  Written Notice of Removal**

12. Pursuant to 28 U.S.C. § 1446(d), Fuel Medical has provided written notice of removal to Sonova, is concurrently serving Sonova with a copy of this Notice of Removal, and will file a copy of the written Notice of Removal with the Clerk of the Court of DuPage County.

13. By this Notice of Removal, Fuel Medical does not waive any objections it has as to service, jurisdiction or venue, or any other defenses or objections. Fuel Medical expressly reserves all defenses, motions, and pleadings.

**WHEREFORE**, for the reasons articulated above, Fuel Medical notices the removal of this case to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1441 *et seq.* and in conformity with the requirements set forth in 28 U.S.C. § 1446.

DATED: December 14, 2022

Respectfully Submitted,

**FUEL MEDICAL GROUP, LLC,**

Defendant.

By: /s/ Hal J. Wood
One of Its Attorneys

Hal J. Wood (IL# 6217069)
Nikita J. Desai (IL# 6340827)
**HORWOOD MARCUS & BERK CHTD**
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
hwood@hmblaw.com
ndesai@hmblaw.com
312-606-3200

- and -

Anna Sortun (OR#045279)
Stephanie Grant (OR#154957)
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
anna.sortun@tonkon.com
stephanie.grant@tonkon.com
503-802-2107
(*pro hac vice* application to be submitted)

*Counsel for Defendant.*

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing, **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**, to be filed electronically in the United States District Court, for the Northern District of Illinois on December 14, 2022. Notice and a copy of this filing will be served upon all counsel of record by email and U.S. first-class mail with postage prepaid, addressed as follows:

Ian H. Fisher
Paul J. Coogan
**TAFT STETTINIUS & HOLLISTER LLP**
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
ifisher@taftlaw.com
pcoogan@taftlaw.com

By:   /s/ Hal J. Wood