IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONOVA USA INC., <br><br> Plaintiff, <br><br> v. <br><br> FUEL MEDICAL GROUP, LLC, <br><br> Defendant. | Case No. 1:22-cv-7055 <br> Formerly Case No. 2022MR000671 <br> Circuit Court of DuPage County, Illinois |

**DEFENDANT'S AMENDED JURISDICTIONAL SUPPLEMENT**

On December 15, 2022, this court issued a Minute Order requesting that Defendant file a jurisdictional supplement on or before January 15, 2023, in which Defendant was to "identify the citizenship of each of [the LLC defendant's] members as of the date the complaint... was filed, and, if those members have members, the citizenship of those members as well." Docket No. 5. On January 13, 2023, Defendant filed its Jurisdictional Supplement. Docket No. 10. On January 17, 2023, Plaintiff filed an untimely Motion to Remand styled as a Response in Opposition to Defendant's Motion to Transfer and Motion for Remand, objecting to the content of Defendant's Jurisdictional Supplement. Docket No. 14.[1]

In response to the court's order, and Plaintiff's objection, Defendant states as follows: As of the date the complaint was filed and continuing to today, Fuel Medical Group, LLC has three members. The two majority members, Brendan Ford and Shawn Parker, are citizens of Washington State. One minority member, Oticon Inc., is a citizen of California (its state of incorporation), and New Jersey (its principal place of business).

---

[1] Fuel is submitting a brief responding to Sonova's Motion to Remand and Response in Opposition to Motion to Transfer together with this supplement.

1

Dated this 20th day of January, 2023.

Respectfully Submitted,

**FUEL MEDICAL GROUP, LLC,**

Defendant.

By: /s/ Hal J. Wood
      One of Its Attorneys

Hal J. Wood (IL# 6217069)
Nikita J. Desai (IL# 6340827)
**HORWOOD MARCUS & BERK CHTD**
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
hwood@hmblaw.com
ndesai@hmblaw.com
312-606-3200

- and -

Anna Sortun (OR#045279)
Christopher Pallanch (OR#075864)
Stephanie Grant (OR#154957)
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
anna.sortun@tonkon.com
christopher.pallanch@tonkon.com
stephanie.grant@tonkon.com
503-802-2107
(*pro hac vice* applications to be submitted)

*Counsel for Defendant.*

043254\00002\14268659v4
6629874/2/22035.000

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing, **DEFENDANT'S JURISDICTIONAL SUPPLEMENT**, to be filed electronically in the United States District Court, for the Northern District of Illinois on January 20, 2023. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By:   /s/ Hal J. Wood